# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLIN THOMPSON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 75737

**FILED**

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a petition for modification of sentence. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order denying the petition on March 23, 2018. Appellant did not file the notice of appeal, however, until April 25, 2018, two days after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
    Cherry

_____, J.
    Parraguirre

_____, J.
    Stiglich

18-22969

cc:    Hon. Connie J. Steinheimer, District Judge
Marlin Thompson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A